UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>   Plaintiff,                       )<br>                                          )<br>vs.                                          )<br>                                          )<br>BRIAN DAVID HANEY,              )<br>   Defendant.                      ) | Case No. A-16-CR-324(1)-SS |

## **NOTICE OF APPEARANCE**

The Clerk of the above Court will please note the appearance of the undersigned as counsel for the Plaintiff, United States of America, in the above-captioned case for the purpose of collecting on this debt. It is requested that service of copies of all notices, pleadings and other papers be effected upon the United States Attorney for the Western District of Texas, addressed as follows:

| | |
|---|---|
| KRISTY K. CALLAHAN<br>Assistant United States Attorney<br>601 N.W. Loop 410, Suite 600<br>San Antonio, Texas 78216<br>Kristy.Callahan@usdoj.gov | STEVEN E. SEWARD<br>Assistant United States Attorney<br>601 N.W. Loop 410, Suite 600<br>San Antonio, Texas 78216<br>Steven.Seward@usdoj.gov |

                                      Respectfully submitted,

                                      JOHN F. BASH
                                      UNITED STATES ATTORNEY

By:  /s/ *Steven E. Seward*
       **STEVEN E. SEWARD**
       Assistant United States Attorney
       Florida Bar No. 29546
       601 N.W. Loop 410, Suite 600
       San Antonio, Texas  78216
       Telephone: (210) 384-7259
       Facsimile:  (210) 384-7247
       E-mail: Steven.Seward@usdoj.gov

**KRISTY K. CALLAHAN**
Assistant United States Attorney
Mississippi Bar No. 101255
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Telephone: (210) 384-7255
Facsimile: (210) 384-7247
E-mail: Kristy.Callahan@usdoj.gov

**ATTORNEYS FOR UNITED STATES**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing **Notice of Appearance** was electronically filed via the Court's CM/ECF system and served via ECF on March 15, 2018, to the following CM/ECF participant:

Paul C. Nugent
NUGENT & PETERSON
402 Main Street
8th Floor
Houston, Texas 77002
***Attorney for Defendant***

/s/ *Steven E. Seward*
**STEVEN E. SEWARD**
Assistant United States Attorney