UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br><br> vs. <br><br> BRIAN HANEY, <br>    Defendant. | ) <br> ) <br> ) <br> )    Case No. A-16-CR-324(1)-SS <br> ) <br> ) <br> ) |

### ORDER

On this date came on to be considered Plaintiff's Motion to Apply Funds Held by the Clerk of Court to Criminal Monetary Obligations (the "Motion"). (Doc. No. 41). The Court has carefully considered the Motion, notes that the Defendant agrees to the relief sought and finds that it should be granted.

Accordingly, it is this day **ORDERED** that the Motion is **GRANTED**.

**IT IS ORDERED** that Clerk of Court shall apply the funds being held in the registry towards the Defendant's criminal monetary obligations.

**IT IS SO ORDERED.**

Dated: 3-28-18

_/s/ Sam Sparks_
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE